UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | |
|---|---|
| DORIS MARTIN and <br> RONALD MARTIN, <br><br> Plaintiffs, <br><br> v. <br><br> ELI LILLY AND COMPANY, <br><br> AMYLIN PHARMACEUTICALS, INC., <br> and <br><br> AMYLIN-LILLY PARTNERSHIP, <br><br> Defendants. | ) <br> ) <br> ) <br> ) Case No. 5:10-cv-6113-SOW <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF VOLUNTARY DISMISSAL

Please take notice that Plaintiffs Doris Martin and Ronald Martin, by and through undersigned counsel, hereby dismiss all claims in the above-captioned matter without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The above-named defendants have not served an answer or motion for summary judgment, and, therefore, Plaintiffs' claims will be dismissed without order of this Court, upon filing of this notice of dismissal.

1

Respectfully submitted,

 /s/ Mark E. Meyer
Mark E. Meyer
Andrew C. Schendel
Castle Law Office of Kansas City, P.C.
818 Grand Blvd., Suite 700
Kansas City, Missouri 64106
Phone: (816) 283-0303
Fax: (816) 842-0016
mmeyer@castlelaw-kc.com
aschendel@castlelaw-kc.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on October __, 2010, a true and correct copy of the foregoing document was served via the Court's electronic notification system and/or via U.S. Mail, postage prepaid upon:


John W. Shaw
Ericka D. McCaskill
BERKOWITZ OLIVER WILLIAMS
SHAW & EISENBRANDT LLP
2600 Boulevard, Suite 1200
Kansas City, Missouri 64108
Tel: 816-561-7007
Fax: 816-561-1888

Nina M. Gussack,
Barry H. Boise
Allan A. Thoen
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, Pennsylvania 19103-2799

*Attorneys for Eli Lilly and Company*


Madeleine M. McDonough
Sarah E. Drewes
SHOOK HARDY & BACON, L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108
Tel: 816-474-6550
Fax: 816-421-5547

*Attorneys for Defendant Amylin Pharmaceuticals Inc.*


    /s/Mark E. Meyer
*Attorney for Plaintiffs*